AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Pablo MARTINEZ-Salazar<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 06, 2018__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about September 06, 2018 the defendant Pablo MARTINEZ-Salazar was apprehended near Laredo, Texas. After a brief interview it was determined that, Pablo MARTINEZ-Salazar was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Pablo MARTINEZ-Salazar was previously REMOVED from the United States on 09/17/2012 at Brownsville/gateway. There is no record that Pablo MARTINEZ-Salazar has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Juan Arteaga
*Complainant's signature*

Complainant Juan Arteaga
sworn and attested before me
on September 7, 2018,
at Laredo, Texas.

Diana Song Quiroga
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE